**Jennifer B. Zargarof, SBN 204382**
jzargarof@sidley.com
**Geoffrey D. DeBoskey, SBN 211557**
gdeboskey@sidley.com
**Francis S. Lam, SBN 279076**
flam@sidley.com
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California 90013**
**Telephone: (213) 896-6000**
**Facsimile: (213) 896-6600**

**Attorneys for Defendant Saks & Company**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nick Perez, individually and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>Saks & Company, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 3:14-cv-02512-JSC<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT** |

Pursuant to Local Rule 3-16 and Fed. R. Civ. Proc. Rule 7.1, the undersigned, counsel of record for Defendant Saks & Company ("Defendant") hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party that could be substantially affected by the outcome of this proceeding:

1. Saks & Company, Defendant.
2. Sidley Austin LLP, attorneys for Defendant.
3. Nick Perez, Plaintiff.
4. Lawyers for Justice, P.C., attorneys for Plaintiff.
5. Girardi and Keese, attorneys for Plaintiff.
6. Hudson's Bay Company, parent company of Defendant Saks & Company.

Dated: June 2, 2014

SIDLEY AUSTIN LLP

By: __*/s/ Francis S. Lam*_____
Jennifer B. Zargarof
Geoffrey D. DeBoskey
Francis S. Lam
Attorneys for Defendant Saks & Company